UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MADRIGAL,<br><br>Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 24-cv-00201-TLT<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF 41 |

Plaintiff's counsel Quill & Arrow LLP has repeatedly disregarded the Court's orders. Plaintiff's counsel has twice failed to appear for further case management conferences.

On March 27, 2025, the Court held further case management conference. ECF 38. Plaintiff's counsel failed to file a joint statement. ECF 33. After an order to show cause was issued, Plaintiff's counsel responded with a statement. ECF 35. Three days later, Plaintiff's counsel still failed to appear and provided no excuse for its failure. ECF 40.

On June 12, 2025, the Court held another further case management conference. ECF 41. Plaintiff's counsel again failed to appear. *Id.* Plaintiff's counsel was aware of its obligation to attend as evidenced by the filing of case management statements. *See* ECF 41.

The Court **ORDERS** Plaintiff's counsel Quill & Arrow LLP **TO SHOW CAUSE** for failure to appear for two further case management conferences. The attorneys are Joshua Kohanoff, Roy Enav, Gregory Sogoyan, and Kevin Y. Jacobson. Plaintiff's counsel is ordered to file a written response by **July 3, 2025**, no more than two pages, double spaced, providing good cause for failure to appear in both further case management conferences. The Court **SETS** an order to show cause hearing for **July 3, 2025, at 2:00 p.m.** via videoconference.

1   The case management order is **MAINTAINED** and requests to reopen discovery are
2 denied. *See* ECF 25. Joint pretrial statement is due on August 7, 2025. *Id.* at 1. Pretrial
3 conference is set for September 11, 2025, at 2:00 p.m. *Id.* Jury selection and trial will begin on
4 October 20, 2025. *Id.*

5   All dates will be vacated in the event of dismissal.

6   **IT IS SO ORDERED.**

7 Dated: June 12, 2025

_____
TRINA L. THOMPSON
United States District Judge

2